# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | |
|---|---|
| **JAMES THOMAS STIMPSON,** | ) |
| **Plaintiff,** | ) |
| v. | ) Case No.: 5:21-cv-1106-AMM-HNJ |
| **LT. SEAN BRIGHT, et al.,** | ) |
| **Defendants.** | ) |

## MEMORANDUM OPINION AND ORDER

The Magistrate Judge entered a report on February 3, 2023, recommending that the court treat Defendant Lt. Sean Bright's special report as a motion for summary judgment and that the court grant in part and deny in part that motion. Doc. 40 at 26. Although the court advised the parties of their right to file specific written objections within fourteen days, the court has not received any objections.

After careful consideration of the record in this case and the Magistrate Judge's report, the court **ADOPTS** the report and **ACCEPTS** the recommendation. Consistent with that recommendation, it is **ORDERED** that the Lt. Bright's motion for summary judgment is **GRANTED IN PART** as to Plaintiff James Thomas Stimpson's claims brought pursuant to the Americans with Disabilities Act, 42 U.S.C. § 12101 *et seq.*, and **DENIED IN PART** as to the remaining claims. This matter is **REFERRED** to the Magistrate Judge for further proceedings.

**DONE** and **ORDERED** this 6th day of March, 2023.

_____
**ANNA M. MANASCO**
UNITED STATES DISTRICT JUDGE